

ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

**MICHAEL A. SIRIGNANO**
PARTNER
(516) 357-3073
michael.sirignano@rivkin.com

September 20, 2011

**By ECF**
Honorable Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Government Employees Ins. Co., et al. v. Nelly Razzakova, L.Ac., et al.**
    **Docket No. CV 11-03247**
    **RR File No.: 5100-43**

Dear Magistrate Judge Gold:

This firm represents plaintiffs (collectively, "GEICO") in the above-referenced action. GEICO requests clarification/reconsideration of the Court's ECF Order, issued yesterday, September 19, 2011, which granted in part and denied in part certain defendants' requests for an extension of time to answer the complaint.

Specifically, the Court denied the extension as to defendants Ilona Abitol, L.Ac/Urban Well Acupuncture PC, subject to vacatur of their defaults. However, the Court did not deny the extension as to defendants Ada Kuligina L.Ac/SML Acupuncture PC/Easy Care PC, who are also in default (as pointed out in my letter dated August 30, 2011/Docket No. 83). It appears that, with the long list of defendants, the Court may have inadvertently failed to deny the extension (subject to vacatur of their defaults) as to defendants Ada Kuligina L.Ac/SML Acupuncture PC/Easy Care PC.

We thank the Court in advance for clarification as to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

/s/

Michael A. Sirignano (MS 5263)

p
MAS/lg
cc:   All counsel via ECF

2532498v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495