

RIVKIN RADLER LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

MICHAEL A. SIRIGNANO
PARTNER
(516) 357-3073
michael.sirignano@rivkin.com

October 10, 2011

**By ECF**
Honorable Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Government Employees Ins. Co., et al. v. Nelly Razzakova, L.Ac., et al.**
**Docket No. CV 11-03247**
**RR File No.: 5100-43**

Dear Magistrate Judge Gold:

This firm represent the plaintiffs (collectively, "GEICO") in the above-referenced matter, and I write in response to Mr. Zuppa's letter dated October 7, 2011, requesting an adjournment of the previously scheduled October 17, 2011 Initial Conference on behalf of defendant Anikeyev. GEICO has no objection to Mr. Zuppa's request to adjourn the Initial Conference, but suggests that the Court select a short adjournment date in light of the fact that (i) this matter was filed on July 6, 2011, and (ii) awaiting a date when all counsel in this matter are completely free will cause unnecessary delay. GEICO also has no objection to permitting defense counsel to participate in the Initial Conference by telephone, if that would help avoid a scheduling conflict.

Respectfully submitted,

RIVKIN RADLER LLP

/s/ *Michael A. Sirignano*

Michael A. Sirignano (MS 5263)

MAS/lg

cc: All counsel via ECF

2538989v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495