# GARY TSIRELMAN, P.C.
ATTORNEYS AND COUNSELORS AT LAW

---

Writer's Ext:   105
Writer's email:   gtsirelman@gtmdjd.com
Writer Admitted in:   New York; U.S. District Court, Eastern
                      and Southern Districts of New York

65 JAY STREET, THIRD FLOOR
BROOKLYN, NY 11201
718.438-1200
FAX: 718.438-8883 (NOT FOR SERVICE)
EMAIL: BKN@GTMDJD.COM

VIAECF
The Honorable Fredric Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Request to Adjourn Due Date To Submit Additional Pre-Motion Conference Letters</u>
<u>Re: Government Employees Ins. Co., et. al. v. Razzakova, et al.</u>
11- CV-3247

Defendants represented by the undersigned:

Nelly Razzakova, L. Ac., Karina Kolomiytsev, L Ac., Lyubov Kondranina, L.Ac., Karina K Acupuncture P.C., New Century Acupuncture P.C., Ada Kulagina, L.Ac., SML Acupuncture P.C., Easy Care Acupuncture P.C., Roman Shimunov, L.Ac., Bronx Acupuncture Therapy P.C., Alpha Acupuncture P.C., Shirom Acupuncture P.C., Igor Shkapenyuk, L.Ac., TC Acupuncture P.C., Ellina Matskina, L.Ac., NR Acupuncture P.C., Healthy Way Acupuncture P.C., Bay Needle Acupuncture P.C., Dimitry Zapolsky, L.Ac., Acupuncture Approach P.C., Tatyana Kapustina, L.Ac., Perfect Point Acupuncture P.C., Natalya Kornilova, L.Ac., Lotus Acupuncture P.C., Acuhealth Acupuncture P.C., Yury Tsukanov, L.Ac., Sunrise Acupuncture P.C. , Silver Lotus Acupuncture P.C., Ilona Abitol, L.Ac., and Urban Wellness Acupuncture, P.C.

Dear Judge Block:

The above referenced Defendants, by their counsel Gary Tsirelman P.C., respectfully request an adjournment of the due date to submit additional pre-motion conference letters.  As per the Minute Entry dated September 21, 2011, the current due date to submit additional pre-motion conference letters is October 21, 2011.  The undersigned respectfully requests that this deadline be extended until after the oral arguments on the motion pending before Judge Gleeson.

The reason for the request is the sua sponte adjournment of the oral arguments to October 27, 2011 by Judge Gleeson.

Dated:   October 18, 2011                                    Respectfully,


                                                            /s/
                                                            Gary Tsirelman


cc: All Counsel (via ECF filing)