**THE LAW OFFICES OF EVA GASPARI, PLLC**
115 W 30th Street, Suite 505
New York, NY 10001
(212) 967-4444

February 22, 2012

The Honorable Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Government Employees Insurance Company et al v. Nelly Razzakova, L.Ac et al</u> (11-cv-03247-FB-SMG)

Dear Judge Block:

The undersigned represents Defendants Oksana Lendel, Okslen Acupuncture PC and VS Care Acupuncture, PC (sometimes herein collectively referred to as the "Defendants") in the above captioned case.

The undersigned joins the request of counsels Tsirelman, Zuppa and their respective client's for a pre-motion conference. Please *see* document number 125 filed on February 17, 2012 and document number 126 filed on February 22, 2012 respectively.

Sincerely,

Michael Barry Hoenig