
**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

**MICHAEL A. SIRIGNANO**
PARTNER
(516) 357-3073
michael.sirignano@rivkin.com

March 27, 2012

**By ECF**
Honorable Judge Frederick Block
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Honorable Magistrate Judge Steven M. Gold
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Government Employees Ins. Co., et al. v. Nelly Razzakova, L.Ac., et al.**
    **Docket No. CV 11-03247**

Dear Honorable Sirs:

We represent the plaintiffs ("collectively" GEICO") in the above-referenced action. I write on behalf of all parties and all counsel (including Attorney Zuppa, Attorney Tsirelman, Attorney Gaspari, and Attorney Tasolides) to advise the Court that the parties have reached a settlement of this litigation.

Although the parties have settled, it will take a number of weeks to effectuate the terms of the settlement. Accordingly, and in light of these circumstances, the parties respectfully request that all court deadlines be adjourned *sine dine* and that the Court grant the parties 45 days to file a stipulation of discontinuance of the within federal court action.

We thank the Court for its assistance in this matter.

Respectfully submitted,

RIVKIN RADLER LLP

/s/ *Michael A. Sirignano*

Michael A. Sirignano (MS 5263)

MAS/lg

cc:   All counsel via ECF
2586945 v1

926 RXR Plaza
Uniondale, NY  11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY  10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ  07601-7021
T 201.287.2460  F 201.489.0495