UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE CO., et al.,

Docket No.: CV 11-3247
(FB)(SMG)

Plaintiffs,

-against-

NELLYA RAZZAKOVA, L.Ac., et al.,

Defendants.

-----------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively referred to as "GEICO" or "Plaintiffs") and counsel for all defendants, that Plaintiffs' claims against all defendants in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiffs and all of the defendants shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action.

This stipulation may be signed in counterparts and facsimile or PDF signatures shall be treated as originals.

Dated: 8/6/ , 2012

_____
Michael A. Sirignano, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11556

_____
Gary Tsirelman, Esq.,
Wesley Robert Mead, Esq.
Gary Tsirelman, P.C.
65 Jay Street - 3rd Floor
Brooklyn, New York 11201

_____
John N. Tasolides, Esq.
Law Offices of John N. Tasolides, Esq.
6800 Jericho Turnpike
Suite 110W
Syosset, New York 11791

_____
Raymond J. Zuppa, Esq.
The Zuppa Firm PLLC
1205 Franklin Avenue
Suite 340
Garden City, New York 11530

_____
Eva M. Gaspari, Esq.
The Law Offices of Eva Gaspari, PLLC
115 West 30th Street, Suite 505
New York, New York 10001

2640940v1

John N. Tasolides, Esq.
Law Offices of John N. Tasolides, Esq.
6800 Jericho Turnpike
Suite 110W
Syosset, New York 11791

Raymond J. Zuppa, Esq.
The Zuppa Firm PLLC
1205 Franklin Avenue
Suite 340
Garden City, New York 11530

Eva M. Gaspari, Esq.
The Law Offices of Eva Gaspari, PLLC
115 West 30th Street, Suite 505
New York, New York 10001

2640940v1

John N. Tasolides, Esq.
Law Offices of John N. Tasolides, Esq.
6800 Jericho Turnpike
Suite 110W
Syosset, New York 11791

Raymond J. Zuppa, Esq.
The Zuppa Firm PLLC
1205 Franklin Avenue
Suite 340
Garden City, New York 11530

*[signature]*
Eva M. Gaspari, Esq.
The Law Offices of Eva Gaspari, PLLC
115 West 30th Street, Suite 505
New York, New York 10001

2640940v1